# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In the Matter of the Seizure of** : | |
| **One or More Tons of United States Gold** | |
| : | CRIMINAL NO. 18-mj-363 |

## ORDER

On this 29th day of June 2021, after consideration of the motion for unsealing of all documents in this matter, including the Writ of Entry, the Motion for Writ of Entry with Attachment A (a map of the Dent's Run area properties with the names of property owners); the government's policy not to publicly reveal the names of private individuals and entities not directly involved in a matter; and the government's agreement to the unsealing of the Writ of Entry and Motion for Writ of Entry with the names of private property owners redacted, it is hereby

## O R D E R E D

that the documents in this matter are to be UNSEALED with the exception of the Writ of Entry and the Motion for Writ of Entry with Attachment A. The United States shall file a redacted version of the Writ of Entry and Motion for Writ of Entry, with the names of two property owners redacted and replaced with Property Owner 1 and Property Owner 2, respectively, and with Attachment A redacted from those documents. The redacted versions of these documents are to be filed UNSEALED.

BY THE COURT:

/s/ Lynne A. Sitarski
_____
HONORABLE LYNNE A. SITARSKI
United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of the Seizure of<br>One or More Tons of United States Gold | :<br>:  CRIMINAL NO. 18-mj-363 |

## MOTION TO UNSEAL

All documents in this matter are currently under seal. The Associated Press and The Philadelphia Inquirer, PBC ("Intervenors") had previously sought to unseal documents in the related matters in Criminal Nos. 18-mj-361 (Motion for Seizure Warrant and Order for Seizure Warrant) and 18-mj-362 (Motion for Writ of Entry and Order for Writ of Entry onto land owned by the Pennsylvania Department of Conservation & Natural Resources ("DCNR")). The government had informed counsel for Intervenors that the underlying investigation of these matters is closed, and the government did not oppose the request to make those documents publicly available, on the condition that the names of any of the government's sources were redacted, in accordance with the government's policy not to publicly reveal such sources. Court orders unsealing these matters with the requested redactions were entered by the Honorable Timothy R. Rice on Thursday, June 24, 2021. Intervenors have now requested the government to unseal documents in an additional related matter, Criminal No. 18-mj-363, relating to an additional writ of entry to cross private land to enter DNR land. The government agrees to this request, and asks the Court to enter an order for the following: (1) that the documents in this matter are to be unsealed, with the exception of the Writ of Entry, the Motion for Writ of Entry and Attachment A, all of which contain the names of private property owners who have no direct involvement with the underlying investigation; (2) the government shall file an unsealed version of the Writ of Entry and

Motion for Writ of Entry, with the names of the two private property owners redacted and replaced with Property Owner 1 and Property Owner 2, respectively, and Attachment A redacted from the documents. Intervenors agree with the government's request. A proposed order is attached.

                                                       Respectfully submitted,

                                                       JENNIFER ARBITTIER WILLIAMS
                                                       Acting United States Attorney

                                                       *K.T. Newton*

                                                       K.T. NEWTON
Dated: June 29, 2021                         Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been served by email upon the following:

>Eli Segal, Esquire
>Attorney for Intervenors


*K.T. Newton*

K.T. NEWTON
Assistant United States Attorney


Dated: June 29, 2021